```
Peter Carey
25933 Via Pera
Mission Viejo, CA 92691


Natividad Carey
25933 Via Pera
Mission Viejo, CA 92691


Anthony G. Lagomarsino
Law Offices of Anthony G. Lagomarsino
2260 N. State College Blvd.
Fullerton, CA 92831


United States Trustee
411 West 4th Street, #9041
Santa Ana, CA 92701
```

```
Amazon / Synchrony
P.O. Box 1711
Philadelphia, PA 19176


Capital One Venture
P.O. Box 60519
City of Industry, CA 91716


Carrington Mortgage Services LLC
P.O. Box 7015
Pasadena, CA 91109


Citi Card
P.O. Box 790046
Saint Louis, MO 63179


Citicards
PO BOX 78045
Phoenix, AZ 85062


Discover Card
P.O. Box 45909
San Francisco, CA 94145


onDeck
c/o Zwicker & Associates
700 North Brand Avenue
Ste 330
Glendale, CA 91203


Santa Margarita Water District
2611 Antonio Parkway
Rancho Santa Margarita, CA 92688
```

Schools First FCU
PO Box 11908
Santa Ana, CA 92711


Schools First Federal Credit Union
PO Box 11547
Santa Ana, CA 92711-1547


SDG&E
c/o L Ross Assoicates
PO Box 6099
Jackson, MI 49202


Seaside Ranchoes
c/o Catherine J Weinberg
Buckner, Robinson & Mirkovich
3146 Red Hill Avenue, Sutie 200
Costa Mesa, CA 92626


Signature Services
c/o Joshua Stock Esq
Stock Law Corporation
139 Newport Center Drive, #138
Newport Beach, CA 92660


VISA F&M
c/o Elan Financial Services
P.O. Box 790408
Saint Louis, MO 63179