| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anthony G. Lagomarsino 98531<br>2260 N. State College Blvd.<br>Fullerton, CA 92831<br>(714) 671-5884 Fax: (714) 990-3826<br>98531 CA<br>attylago@gmail.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Peter Carey
Natividad Carey

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF
THE PETITION DATE**
[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing Required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  8-14-25        Peter Carey
                     Printed name of Debtor 1              Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

During the 60-day period before the Petition Date (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 8/14/2025

Natividad Carey
Printed name of Debtor 2

_____
Signature of Debtor 2

**PRISMATIK DENTALCRAFT, INC.**

Prismatik Dentalcraft, Inc.   4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 05/26/2025 | 06/01/2025 | 06/06/2025 | |

|  | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.41 | 298.74 | 314.93 | 226.92 | 1,254.82 |
| YTD | 920.00 | 47,622.56 | 6,859.54 | 7,215.68 | 5,213.34 | 28,454.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | 05/26/2025 - 06/01/2025 | 8.00 | 51.89 | 415.08 | 1,229.28 |
| Internet Reimbursement | 05/26/2025 - 06/01/2025 | 0.00 | 0.00 | 20.00 | 120.00 |
| Salary Pay | 05/26/2025 - 06/01/2025 | 32.00 | 0.00 | 1,660.33 | 42,689.49 |
| Sick | | | 0.00 | | 1,245.24 |
| Vacation | | | 0.00 | | 2,043.47 |
| Earnings | | | | 2,095.41 | 47,742.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.94 | 2,706.11 |
| Medicare | 27.58 | 632.88 |
| Federal Withholding | 96.47 | 2,206.78 |
| State Tax - CA | 50.12 | 1,146.15 |
| CA SDI - CASDI | 22.82 | 523.76 |
| Employee Taxes | 314.93 | 7,215.68 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 2,857.48 |
| EE - Dental Pretax | 39.21 | 900.06 |
| Medical Pretax | 135.00 | 3,102.00 |
| Employee Pre Tax Deductions | 298.74 | 6,859.54 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 4,488.91 |
| DC Cafe | | 80.18 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 31.75 | 632.25 |
| Employee Post Tax Deductions | 226.92 | 5,213.34 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 1,666.82 |
| ER - Basic Life | 2.47 | 56.81 |
| ER - Medical | 119.41 | 2,735.58 |
| Imputed Income GTL | 1.15 | 26.45 |
| Employer Paid Benefits | 195.67 | 4,485.66 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.35 | 43,646.95 |
| Medicare - Taxable Wages | 1,902.35 | 43,646.95 |
| Federal Withholding - Taxable Wages | 1,777.82 | 40,789.47 |
| State Tax Taxable Wages - CA | 1,777.82 | 40,789.47 |

|  | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 24.00 |
| Vacation | 136.20 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,254.82 USD |

**PRISMATIK DENTALCRAFT, INC.**

Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 06/02/2025 | 06/08/2025 | 06/13/2025 | |

| | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.40 | 298.74 | 314.95 | 221.67 | 1,240.04 |
| YTD | 960.00 | 49,697.96 | 7,158.28 | 7,530.63 | 5,435.01 | 29,694.04 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | | | 0.00 | | 1,229.28 |
| Internet Reimbursement | | | 0.00 | | 120.00 |
| Salary Pay | 06/02/2025 - 06/08/2025 | 40.00 | 0.00 | 2,075.40 | 44,764.89 |
| Sick | | | 0.00 | | 1,245.24 |
| Vacation | | | 0.00 | | 2,043.47 |
| Earnings | | | | 2,075.40 | 49,817.96 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.95 | 2,824.06 |
| Medicare | 27.58 | 660.46 |
| Federal Withholding | 96.47 | 2,303.25 |
| State Tax - CA | 50.12 | 1,196.27 |
| CA SDI - CASDI | 22.83 | 546.59 |
| Employee Taxes | 314.95 | 7,530.63 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 2,982.01 |
| EE - Dental Pretax | 39.21 | 939.27 |
| Medical Pretax | 135.00 | 3,237.00 |
| Employee Pre Tax Deductions | 298.74 | 7,158.28 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 4,684.08 |
| DC Cafe | | 80.18 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 26.50 | 658.75 |
| Employee Post Tax Deductions | 221.67 | 5,435.01 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 1,739.46 |
| ER - Basic Life | 2.47 | 59.28 |
| ER - Medical | 119.41 | 2,854.99 |
| Imputed Income GTL | 1.15 | 27.60 |
| Employer Paid Benefits | 195.67 | 4,681.33 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.34 | 45,549.29 |
| Medicare - Taxable Wages | 1,902.34 | 45,549.29 |
| Federal Withholding - Taxable Wages | 1,777.81 | 42,567.28 |
| State Tax Taxable Wages - CA | 1,777.81 | 42,567.28 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 24.00 |
| Vacation | 138.50 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,240.04 | USD |



Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 06/09/2025 | 06/15/2025 | 06/20/2025 | |

| | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.40 | 298.74 | 314.95 | 231.67 | 1,230.04 |
| YTD | 1,000.00 | 51,773.36 | 7,457.02 | 7,845.58 | 5,666.68 | 30,924.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | | | 0.00 | | 1,229.28 |
| Internet Reimbursement | | | 0.00 | | 120.00 |
| Salary Pay | 06/09/2025 - 06/15/2025 | 40.00 | 0.00 | 2,075.40 | 46,840.29 |
| Sick | | | 0.00 | | 1,245.24 |
| Vacation | | | 0.00 | | 2,043.47 |
| Earnings | | | | 2,075.40 | 51,893.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.94 | 2,942.00 |
| Medicare | 27.59 | 688.05 |
| Federal Withholding | 96.47 | 2,399.72 |
| State Tax - CA | 50.12 | 1,246.39 |
| CA SDI - CASDI | 22.83 | 569.42 |
| Employee Taxes | 314.95 | 7,845.58 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 3,106.54 |
| EE - Dental Pretax | 39.21 | 978.48 |
| Medical Pretax | 135.00 | 3,372.00 |
| Employee Pre Tax Deductions | 298.74 | 7,457.02 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 4,879.25 |
| DC Cafe | | 80.18 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 36.50 | 695.25 |
| Employee Post Tax Deductions | 231.67 | 5,666.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 1,812.10 |
| ER - Basic Life | 2.47 | 61.75 |
| ER - Medical | 119.41 | 2,974.40 |
| Imputed Income GTL | 1.15 | 28.75 |
| Employer Paid Benefits | 195.67 | 4,877.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.34 | 47,451.63 |
| Medicare - Taxable Wages | 1,902.34 | 47,451.63 |
| Federal Withholding - Taxable Wages | 1,777.81 | 44,345.09 |
| State Tax Taxable Wages - CA | 1,777.81 | 44,345.09 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 24.00 |
| Vacation | 140.80 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,230.04 | USD |



Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 06/16/2025 | 06/22/2025 | 06/27/2025 | |

|  | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.41 | 298.74 | 314.95 | 221.42 | 1,240.30 |
| YTD | 1,040.00 | 53,848.77 | 7,755.76 | 8,160.53 | 5,888.10 | 32,164.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | | | 0.00 | | 1,229.28 |
| Internet Reimbursement | | | 0.00 | | 120.00 |
| Salary Pay | 06/16/2025 - 06/22/2025 | 32.00 | 0.00 | 1,660.33 | 48,500.62 |
| Sick | 06/16/2025 - 06/22/2025 | 8.00 | 51.89 | 415.08 | 1,660.32 |
| Vacation | | | 0.00 | | 2,043.47 |
| Earnings | | | | 2,075.41 | 53,968.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.95 | 3,059.95 |
| Medicare | 27.58 | 715.63 |
| Federal Withholding | 96.47 | 2,496.19 |
| State Tax - CA | 50.12 | 1,296.51 |
| CA SDI - CASDI | 22.83 | 592.25 |
| Employee Taxes | 314.95 | 8,160.53 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 3,231.07 |
| EE - Dental Pretax | 39.21 | 1,017.69 |
| Medical Pretax | 135.00 | 3,507.00 |
| Employee Pre Tax Deductions | 298.74 | 7,755.76 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 5,074.42 |
| DC Cafe | | 80.18 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 26.25 | 721.50 |
| Employee Post Tax Deductions | 221.42 | 5,888.10 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 1,884.74 |
| ER - Basic Life | 2.47 | 64.22 |
| ER - Medical | 119.41 | 3,093.81 |
| Imputed Income GTL | 1.15 | 29.90 |
| Employer Paid Benefits | 195.67 | 5,072.67 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.35 | 49,353.98 |
| Medicare - Taxable Wages | 1,902.35 | 49,353.98 |
| Federal Withholding - Taxable Wages | 1,777.82 | 46,122.91 |
| State Tax Taxable Wages - CA | 1,777.82 | 46,122.91 |

|  | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 16.00 |
| Vacation | 143.10 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,240.30 USD |


PRISMATIK DENTALCRAFT, INC.

Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 06/23/2025 | 06/29/2025 | 07/03/2025 | |

| | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.41 | 298.74 | 314.95 | 201.42 | 1,280.30 |
| YTD | 1,080.00 | 55,924.18 | 8,054.50 | 8,475.48 | 6,089.52 | 33,444.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | | | 0.00 | | 1,229.28 |
| Internet Reimbursement | 06/23/2025 - 06/29/2025 | 0.00 | 0.00 | 20.00 | 140.00 |
| Salary Pay | 06/23/2025 - 06/29/2025 | 21.00 | 0.00 | 1,089.59 | 49,590.21 |
| Sick | 06/23/2025 - 06/29/2025 | 11.00 | 51.89 | 570.74 | 2,231.06 |
| Vacation | 06/23/2025 - 06/29/2025 | 8.00 | 51.89 | 415.08 | 2,458.55 |
| Earnings | | | | 2,095.41 | 56,064.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.94 | 3,177.89 |
| Medicare | 27.59 | 743.22 |
| Federal Withholding | 96.47 | 2,592.66 |
| State Tax - CA | 50.12 | 1,346.63 |
| CA SDI - CASDI | 22.83 | 615.08 |
| Employee Taxes | 314.95 | 8,475.48 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 3,355.60 |
| EE - Dental Pretax | 39.21 | 1,056.90 |
| Medical Pretax | 135.00 | 3,642.00 |
| Employee Pre Tax Deductions | 298.74 | 8,054.50 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 5,269.59 |
| DC Cafe | | 80.18 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 6.25 | 727.75 |
| Employee Post Tax Deductions | 201.42 | 6,089.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 1,957.38 |
| ER - Basic Life | 2.47 | 66.69 |
| ER - Medical | 119.41 | 3,213.22 |
| Imputed Income GTL | 1.15 | 31.05 |
| Employer Paid Benefits | 195.67 | 5,268.34 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.35 | 51,256.33 |
| Medicare - Taxable Wages | 1,902.35 | 51,256.33 |
| Federal Withholding - Taxable Wages | 1,777.82 | 47,900.73 |
| State Tax Taxable Wages - CA | 1,777.82 | 47,900.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 5.00 |
| Vacation | 137.40 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,280.30 | USD |



Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 06/30/2025 | 07/06/2025 | 07/11/2025 | |

| | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.41 | 298.74 | 314.94 | 208.92 | 1,252.81 |
| YTD | 1,120.00 | 57,999.59 | 8,353.24 | 8,790.42 | 6,298.44 | 34,697.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | 06/30/2025 - 07/06/2025 | 8.00 | 51.89 | 415.08 | 1,644.36 |
| Internet Reimbursement | | | 0.00 | | 140.00 |
| Salary Pay | 06/30/2025 - 07/06/2025 | 32.00 | 0.00 | 1,660.33 | 51,250.54 |
| Sick | | | 0.00 | | 2,231.06 |
| Vacation | | | 0.00 | | 2,458.55 |
| Earnings | | | | 2,075.41 | 58,139.59 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.95 | 3,295.84 |
| Medicare | 27.58 | 770.80 |
| Federal Withholding | 96.47 | 2,689.13 |
| State Tax - CA | 50.12 | 1,396.75 |
| CA SDI - CASDI | 22.82 | 637.90 |
| Employee Taxes | 314.94 | 8,790.42 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 3,480.13 |
| EE - Dental Pretax | 39.21 | 1,096.11 |
| Medical Pretax | 135.00 | 3,777.00 |
| Employee Pre Tax Deductions | 298.74 | 8,353.24 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 5,464.76 |
| DC Cafe | | 80.18 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 13.75 | 741.50 |
| Employee Post Tax Deductions | 208.92 | 6,298.44 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 2,030.02 |
| ER - Basic Life | 2.47 | 69.16 |
| ER - Medical | 119.41 | 3,332.63 |
| Imputed Income GTL | 1.15 | 32.20 |
| Employer Paid Benefits | 195.67 | 5,464.01 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.35 | 53,158.68 |
| Medicare - Taxable Wages | 1,902.35 | 53,158.68 |
| Federal Withholding - Taxable Wages | 1,777.82 | 49,678.55 |
| State Tax Taxable Wages - CA | 1,777.82 | 49,678.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 5.00 |
| Vacation | 139.70 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,252.81 USD |

**PRISMATIK DENTALCRAFT, INC.**

Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 07/07/2025 | 07/13/2025 | 07/18/2025 | |

| | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.40 | 298.74 | 314.94 | 242.44 | 1,219.28 |
| YTD | 1,160.00 | 60,074.99 | 8,651.98 | 9,105.36 | 6,540.88 | 35,916.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0.00 | | 415.08 |
| Holiday Pay | | | 0.00 | | 1,644.36 |
| Internet Reimbursement | | | 0.00 | | 140.00 |
| Salary Pay | 07/07/2025 - 07/13/2025 | 40.00 | 0.00 | 2,075.40 | 53,325.94 |
| Sick | | | 0.00 | | 2,231.06 |
| Vacation | | | 0.00 | | 2,458.55 |
| Earnings | | | | 2,075.40 | 60,214.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.94 | 3,413.78 |
| Medicare | 27.58 | 798.38 |
| Federal Withholding | 96.47 | 2,785.60 |
| State Tax - CA | 50.12 | 1,446.87 |
| CA SDI - CASDI | 22.83 | 660.73 |
| Employee Taxes | 314.94 | 9,105.36 |

### Employee Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) | 124.53 | 3,604.66 |
| EE - Dental Pretax | 39.21 | 1,135.32 |
| Medical Pretax | 135.00 | 3,912.00 |
| Employee Pre Tax Deductions | 298.74 | 8,651.98 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan with Worktag (Loan 2) | 195.17 | 5,659.93 |
| DC Cafe | 15.52 | 95.70 |
| Gym Membership | | 12.00 |
| Jimmy Gs Cafeteria | 31.75 | 773.25 |
| Employee Post Tax Deductions | 242.44 | 6,540.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 72.64 | 2,102.66 |
| ER - Basic Life | 2.47 | 71.63 |
| ER - Medical | 119.41 | 3,452.04 |
| Imputed Income GTL | 1.15 | 33.35 |
| Employer Paid Benefits | 195.67 | 5,659.68 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,902.34 | 55,061.02 |
| Medicare - Taxable Wages | 1,902.34 | 55,061.02 |
| Federal Withholding - Taxable Wages | 1,777.81 | 51,456.36 |
| State Tax Taxable Wages - CA | 1,777.81 | 51,456.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Accrual Balances

| Description | Available |
|---|---|
| Sick Available to be Taken | 5.00 |
| Vacation | 142.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,219.28  USD |



Prismatik Dentalcraft, Inc.    4141 MacArthur Boulevard Newport Beach, CA 92660

| Name | Employee ID | Company | Cost Center | Manager | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Natividad Carey<br>25953 Via Pera<br>Mission Viejo, CA 92653 | 106097 | Prismatik Dentalcraft, Inc. | 0610-44020<br>PRK-Regulatory Affairs & Quality Assurance-Quality Assurance | Vu Ho (119580) | 07/14/2025 | 07/20/2025 | 07/25/2025 | |

| | Hours Paid | Gross Pay | Employee Pre Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 2,075.40 | 298.74 | 314.96 | 251.66 | 1,210.04 |
| YTD | 1,200.00 | 62,150.39 | 8,950.72 | 9,420.32 | 6,792.54 | 37,126.81 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0.00 | | 415.08 | OASDI | 117.95 | 3,531.73 |
| Holiday Pay | | | 0.00 | | 1,644.36 | Medicare | 27.59 | 825.97 |
| Internet Reimbursement | | | 0.00 | | 140.00 | Federal Withholding | 96.47 | 2,882.07 |
| Salary Pay | 07/14/2025 - 07/20/2025 | 40.00 | 0.00 | 2,075.40 | 55,401.34 | State Tax - CA | 50.12 | 1,496.99 |
| Sick | | | 0.00 | | 2,231.06 | CA SDI - CASDI | 22.83 | 683.56 |
| Vacation | | | 0.00 | | 2,458.55 | | | |
| Earnings | | | | 2,075.40 | 62,290.39 | Employee Taxes | 314.96 | 9,420.32 |

| Employee Pre Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| EE - 401(k) | 124.53 | 3,729.19 | 401K Loan with Worktag (Loan 2) | 195.17 | 5,855.10 |
| EE - Dental Pretax | 39.21 | 1,174.53 | DC Cafe | 17.24 | 112.94 |
| Medical Pretax | 135.00 | 4,047.00 | Gym Membership | | 12.00 |
| | | | Jimmy Gs Cafeteria | 39.25 | 812.50 |
| Employee Pre Tax Deductions | 298.74 | 8,950.72 | Employee Post Tax Deductions | 251.66 | 6,792.54 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - 401(k) Employer Match | 72.64 | 2,175.30 | OASDI - Taxable Wages | 1,902.34 | 56,963.36 |
| ER - Basic Life | 2.47 | 74.10 | Medicare - Taxable Wages | 1,902.34 | 56,963.36 |
| ER - Medical | 119.41 | 3,571.45 | Federal Withholding - Taxable Wages | 1,777.81 | 53,234.17 |
| Imputed Income GTL | 1.15 | 34.50 | State Tax Taxable Wages - CA | 1,777.81 | 53,234.17 |
| Employer Paid Benefits | 195.67 | 5,855.35 | | | |

| | Federal | State | Accrual Balances | |
|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Available |
| | | | Sick Available to be Taken | 5.00 |
| Allowances | 0 | 0 | Vacation | 144.30 |
| Additional Withholding | 0 | 0 | | |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| SCHOOLSFIRST FEDERAL CREDIT UNION | SCHOOLSFIRST FEDERAL CREDIT UNION ******7702 | ******7702 | 1,210.04   USD |